# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHLEEN JANE CROW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-550-D |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff brought this action pursuant to 42 U.S.C. § 405(g) for judicial review of the Commissioner's final decision denying her application for Supplemental Security Income under the Social Security Act. The matter was referred to United States Magistrate Judge Charles Goodwin for initial proceedings under 28 U.S.C. § 636(b) and Rule 72(b), Federal Rules of Civil Procedure. On August 29, 2017, Judge Goodwin issued a Report and Recommendation ("R&R" or "Report") in which he recommended that the Commissioner's decision be affirmed.

In his Report, Judge Goodwin notified the parties of the right to object and directed that any objections be filed on or before September 12, 2017. Judge Goodwin also advised the parties that failure to object would result in waiver of the right to appellate review of the factual and legal issues addressed in the Report. The deadline for filing objections has passed, and neither party has filed an objection nor

requested an extension of time to do so. Accordingly, the R&R is **ADOPTED** as though fully set forth herein.

**IT IS SO ORDERED** this **18th** day of September 2017.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE